```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    23cv6018(DLC)
MARIE E. MOREL,                           :
                                          :        ORDER
                              Plaintiff,  :
                -v-                       :
                                          :
AIDS CENTER OF QUEENS COUNTY, INC,        :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 8, 2023, the defendant filed a motion to dismiss the complaint pursuant to Rules 12(b)(3) and 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **September 29, 2023**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **September 29, 2023**.  Defendant's reply, if any, shall be filed by **October 13, 2023**.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 8, 2023

                                           _____
                                                 DENISE COTE
                                    United States District Judge