```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      23cv6018 (DLC)
MARIE E. MOREL,                          :
                                         :           ORDER
                            Plaintiff,   :
               -v-                       :
                                         :
AIDS CENTER OF QUEENS COUNTY, INC,       :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 8, 2023, the defendant filed a motion to dismiss the original complaint in this action pursuant to Rules 12(b)(3) and 12(b)(6), Fed. R. Civ. P.  An Order of September 8 directed the plaintiff to file any amended complaint by September 29 and alerted the plaintiff that she would likely not have another opportunity to amend.  The plaintiff filed an amended complaint on September 22.  Accordingly, it is hereby

ORDERED that the defendant's September 8 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by October 13, 2023
- Opposition served by October 27, 2023
- Reply served by November 3, 2023

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          September 26, 2023

```
                    _____
                            DENISE COTE
                    United States District Judge
```