# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

M ARIE E. MOREL,

                         Plaintiff,

    -against-                                               23 **CIVIL** 6018 (DLC)

                                                                     **JUDGMENT**

AIDS CENTER OF QUEENS COUNTY, INC,

                        Defendant.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 6, 2023, the defendant's October 13 motion to dismiss for improper venue is granted. Accordingly, the case is closed.

**Dated:**  New York, New York

      December 6, 2023

                                                                 **RUBY J. KRAJICK**
                                                                   Clerk of Court

                                      **BY:**

                                                                   **Deputy Clerk**